```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ROYALTY NETWORK INC.,

                Plaintiff,

v.

COLUMBIA RECORDING CORPORATION,
SONY BMG MUSIC ENTERTAINMENT,
individually and d/b/a SONY BMG SALES
ENTERPRISE, BEYONCE GISSELLE
KNOWLES, individually and d/b/a B-DAY
PUBLISHING, and EMI APRIL MUSIC, INC.,

                Defendants.
------------------------------------------------------------X

Case No. 07 Civ. 3067 (RMB)

**STIPULATION AND ORDER**

**ECF CASE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties:

      1. Defendants acknowledge timely service of plaintiff's order to show cause for a preliminary injunction.

      2. Plaintiff's motion for a preliminary injunction is adjourned to May 4, 2007 at 4:45 p.m. Defendants shall file and serve their responsive papers to the motion via ECF no later than April 30, 2007.

      3. Pending the determination of plaintiff's motion for a preliminary injunction defendants their affiliates, officers, directors, employees, agents, servants, attorneys, and all others acting in concert or in participation with them shall engage in no further distribution of

////

////

////

////

the albums entitled *B'Day – Deluxe Edition* and *B-Day Deluxe Edition/DVD Video Anthology*, to the extent the albums and DVD embody the musical work "Still In Love (Kissing You)."

Dated: New York, New York.

April 20, 2007

_____
ANTHONY MOTTA (AM 1648)
Attorney for The Royalty Network, Inc.
50 Broadway, Suite 2202
New York, NY 10004
Telephone: 212 791-7360
Facsimile: 212 791-7468

_____
HENRY PASTHOFF, IV
(NY Registration No. 4449419)
Stumpf Craddock Massey Farrimond
Lead Attorneys for Beyonce Gisselle Knowles, individually and d/b/a B-Day Publishing Sony BMG Music Entertainment, incorrectly sued as Columbia Recording Corporation and Sony BMG Sales Enterprise, and EMI April Music, Inc.
1400 Post Oak Blvd., 4th Floor
Houston, Texas 77056
Telephone: 713 871-0919
Facsimile: 713 871-0408

SO ORDERED: *Richard M. Berman*
_____
RICHARD M. BERMAN U.S.D.J.