UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE ROYALTY NETWORK INC.,

                Plaintiff,

    v.

COLUMBIA RECORDING CORPORATION,
SONY BMG MUSIC ENTERTAINMENT,
individually and d/b/a SONY BMG SALES
ENTERPRISE, BEYONCE GISSELLE
KNOWLES, individually and d/b/a B-DAY
PUBLISHING, and EMI APRIL MUSIC, INC.,

                Defendants.
-------------------------------------------------------------X

Case No.

**ECF CASE**

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE ROYALTY NETWORK INC.. (a private non-governmental party) certifies that the following are corporate parents, affiliate and/or subsidiaries of said parties which are publicly held.

None.

Dated: New York, New York
       April 16, 2007

                                    _____
                                    ANTHONY MOTTA (AM-1648)
                                    Attorney for The Royalty Network, Inc.
                                    50 Broadway #2202
                                    New York, N.Y. 10004
                                    Tel: (212) 791-7360
                                    Fax: (212) 791-7468