DAVIS & GILBERT LLP
Marc J. Rachman (MR 4094)
Ina B. Scher (IS 2841)
1740 Broadway
New York, New York 10019
(212) 468-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ROYALTY NETWORK,

        Plaintiff,

  -against-

COLUMBIA RECORDING CORPORATION,
SONY BMG MUSIC ENTERTAINMENT,
Individually and d/b/a SONY BMG SALES
ENTERPRISE, BEYONCE GISSELLE
KNOWLES, individually and d/b/a B-DAY
PUBLISHING, and EMI APRIL MUSIC, INC.

        Defendants.

---

Civil Action No. 07 CV 3067(RMB)

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Please enter an appearance in the above-captioned action for DAVIS & GILBERT LLP, as counsel for defendants Beyonce Gisselle Knowles, Sony BMG Entertainment (incorrectly sued as Columbia Recording Corporation, and Sony MBG Sales Enterprise), and EMI April Music, Inc..

Dated:    April 30, 2007
             New York, New York

                                              DAVIS & GILBERT LLP

                                              _____
                                              Marc J. Rachman (MR 4094)
                                              Ina B. Scher (IS 2841)
                                              1740 Broadway
                                              New York, New York 10019
                                              (212) 468-4800