

STUMPF | CRADDOCK | MASSEY | FARRIMOND

HENRY J. FASTHOFF, IV
Attorney at Law
hfasthoff@scmfpc.com

1400 POST OAK BLVD., 4th FLOOR
HOUSTON, TEXAS 77056
713.871.0919

**MEMO ENDORSED**

April 27, 2007

Honorable Judge Richard M. Berman      VIA FACSIMILE (212) 805-6717
United States District Judge
United States Courthouse
500 Pearl St., Room 650
New York, New York 10007

Re:   Case No. 07-CV-3067; *The Royalty Network Inc. vs. Columbia Recording Corporation, et al.*; In the United States District Court for the Southern District of New York

Dear Honorable Richard Berman:

I represent the defendants in the above-styled cause. Please allow this letter to confirm that plaintiffs' counsel and I have reached an agreement to adjourn the hearing currently scheduled for 4:45 p.m. on May 4, 2007 until 4:00 p.m. on May 14, 2007. We have further agreed that the defendants' response memorandum shall be due on May 7, 2007. In the interim, the parties have agreed that the restraint on further distribution by defendants set forth in ¶ 3 of the order signed by the Court on April 20, 2007 shall remain in effect.

Sincerely,

Henry J. Fasthoff, IV

HJF/clt
2070648

Anthony Motta
ATTORNEY FOR PLAINTIFF

SO ORDERED:
RMB
RICHARD M. BERMAN U.S.D.J.
4/30/07

AUSTIN        HOUSTON        SAN ANTONIO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07