UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROYALTY NETWORK, INC.,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>COLUMBIA RECORDING CORPORATION, SONY BMG MUSIC ENTERTAINMENT, Individually and d/b/a SONY BMG SALES ENTERPRISE, BEYONCE GISSELLE KNOWLES, individually and d/b/a B-DAY PUBLISHING, and EMI APRIL MUSIC, INC.,<br><br>　　　　　　Defendants. | Case No. 07-CV-3067<br><br>**CERTIFICATE PURSUANT TO RULE 7.1 AND LOCAL RULE 7.1.1** |

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1 and Rule 7.1.1 of the Local Civil Rules of the Southern District of New York, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants Beyoncé Knowles, Sony BMG Music Entertainment, incorrectly sued as Columbia Recording Corporation, and EMI April Music, Inc., certify that Sony BMG Music Entertainment is a joint venture between Sony Corporation and Bertelsmann, A.G. Shares of Sony Corporation trade on the Tokyo Stock Exchange and as American Depositary Receipts on the New York Stock Exchange under the symbol SNE. Bertelsmann, A.G. is privately held. EMI April Music, Inc., is a subsidiary of EMI Group, plc. Shares of EMI Group, plc are traded on the Over-the-Counter market in the United States under the symbol EMIPY.

Dated: New York, New York
      May 4, 2007

                      Respectfully submitted,

                      STUMPF CRADDOCK MASSEY FARRIMOND

                By: _____
                      Henry J. Fasthoff, IV
                      (NY Registration No. 4449419)
                      Application Pending for Admission *Pro Hac Vice*
                      1400 Post Oak Blvd., 4th Floor
                      Houston, Texas 77056
                      713-871-0919
                      *Lead Counsel for Beyoncé Knowles; Sony BMG Music Entertainment, incorrectly sued as Columbia Recording Corporation and Sony BMG Sales Enterprise; and EMI April Music, Inc.*


                      DAVIS & GILBERT LLP

                By: /s/ Ina B. Scher
                      Marc J. Rachman (MR 4094)
                      Ina B. Scher (IS 2841)
                      1740 Broadway
                      New York, New York 10019
                      (212) 468-4800
                      *Local Counsel for Beyoncé Knowles; Sony BMG Music Entertainment, incorrectly sued as Columbia Recording Corporation and Sony BMG Sales Enterprise; and EMI April Music, Inc.*