UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ROYALTY NETWORK INC.,

                Plaintiff,                          Case No. 07-CV-3067 (RMB)

                v.

COLUMBIA RECORDING CORPORATION,        **DECLARATION OF**
SONY BMG MUSIC ENTERTAINMENT,           **JEREMY MOHR, ESQ.**
Individually and d/b/a SONY BMG SALES
ENTERPRISE, BEYONCE GISSELLE
KNOWLES, individually and d/b/a B-DAY       **ECF CASE**
PUBLISHING, and EMI APRIL MUSIC, INC.,

                Defendants.
------------------------------------------------------------X

        Jeremy Mohr, Esq., counsel for Beyonce Knowles, hereby declares, under penalty of perjury, that the statements below are based on my personal knowledge and are true and correct:

    1.    I am an attorney for Beyonce Knowles and I am familiar with the rights she owns and claims in connection with the musical works embodied on the *B'Day Deluxe Edition* album and DVD. Ms. Knowles is not a writer or co-writer of the musical work entitled "Still In Love (Kissing You)." She does not now, and will not at any time hereafter, claim that she is a writer or co-writer of that musical work.

Dated: May 2, 2007
Los Angeles, California

                                                      _____
                                                        JEREMY MOHR, ESQ.