UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE ROYALTY NETWORK INC.,

      Plaintiff,      Case No. 07-CV-3067 (RMB)

  -against-

COLUMBIA RECORDING CORPORATION,  **ORDER FOR ADMISSION *PRO***
SONY BMG MUSIC ENTERTAINMENT,  ***HAC VICE* ON WRITTEN**
Individually and d/b/a SONY BMG SALES  **MOTION**
ENTERPRISE, BEYONCE GISSELLE KNOWLES,
individually and d/b/a B-DAY PUBLISHING, and  **ECF CASE**
EMI APRIL MUSIC, INC.

      Defendants.
------------------------------------------------------------------x

  Upon the motion of Defendants Sony BMG Music Entertainment, Beyonce Gisselle Knowles and EMI April Music, Inc., supported by the Declaration of their counsel Marc J. Rachman of Davis & Gilbert LLP as sponsor, for Henry J. Fasthoff, IV, Esq.;

**IT IS HEREBY ORDERED** that

  Applicant's Name: Henry J. Fasthoff, IV, Esq.

  Firm's Name: Stumpf Craddock Massey Farrimond

  Address: 1400 Post Oak Boulevard, 4th Floor

  City/State/Zip: Houston, TX 77056

  Telephone/Fax: (713) 871-0919/(713) 871-0408

  Email Address: hfasthoff@scmfpc.com

is admitted to practice *pro hac vice* as counsel for BMG Music Entertainment, Beyonce Giselle Knowles and EMI April Music, Inc. in the above captioned case in the United States District

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/07

Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   5/8/07
         New York, New York

                                    RMB
                            _____
                            United States District/Magistrate Judge
                            Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/07