UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE ROYALTY NETWORK INC.,

                         Plaintiff,

          v.

COLUMBIA RECORDING CORPORATION,
SONY BMG MUSIC ENTERTAINMENT,
individually and d/b/a SONY BMG SALES
ENTERPRISE, BEYONCE GISSELLE
KNOWLES, individually and d/b/a B-DAY
PUBLISHING, and EMI APRIL MUSIC, INC.,

                        Defendants.
-----------------------------------------------------------X

Case No. 07 Civ. 3067 (RMB)

**STIPULATION AND ORDER**

**ECF CASE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the

respective parties:

1. Plaintiff's motion for a preliminary injunction is adjourned to May 23, 2007 at 3:30

p.m.

2. Pending the determination of plaintiff's motion for a preliminary injunction

defendants their affiliates, officers, directors, employees, agents, servants, attorneys, and all

others acting in concert or in participation with them shall engage in no further distribution of the

following albums: *Best Buy B'Day Deluxe Edition* or *Standard B'Day Deluxe Edition,* or the

following DVD: *B'Day Deluxe Edition DVD Video Anthology* to the extent the albums or DVD

embody the musical work "Still in Love (Kissing You)."

Dated: New York, New York.

May 15, 2007

ANTHONY MOTTA (AM 1648)
*Attorney for The Royalty Network, Inc.*
50 Broadway, Suite 2202
New York, NY 10004
Telephone: 212 791-7360
Facsimile: 212 791-7468

HENRY FASTHOFF, IV
(NY Registration No. 4449419)
Admitted *Pro Hac Vice*
Stumpf Craddock Massey Farrimond
1400 Post Oak Blvd., 4th Floor
Houston, Texas 77056
Telephone: 713 871-0919
Facsimile: 713 871-0408
*Lead Counsel for Beyonce Gisselle Knowles,*
*individually and d/b/a B-Day Publishing*
*Sony BMG Music Entertainment, incorrectly*
*sued as Columbia Recording Corporation*
*and Sony BMG Sales Enterprise, and EMI*
*April Music, Inc.*