**MEMO ENDORSED** *As Amended*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ROYALTY NETWORK INC.,

                Plaintiff,

      v.

COLUMBIA RECORDING CORPORATION,
SONY BMG MUSIC ENTERTAINMENT,
individually and d/b/a SONY BMG SALES
ENTERPRISE, BEYONCE GISSELLE
KNOWLES, individually and d/b/a B-DAY
PUBLISHING, and EMI APRIL MUSIC, INC.,

                Defendants.
------------------------------------------------------------X

Case No. 07 Civ. 3067 (RMB)

**STIPULATION AND ORDER**

**ECF CASE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties:

      1. Plaintiff's motion for a preliminary injunction is adjourned to June 5, 2007 at 3:45 p.m.

      2. Pending the determination of plaintiff's motion for a preliminary injunction defendants their affiliates, officers, directors, employees, agents, servants, attorneys, and all others acting in concert or in participation with them shall engage in no further distribution of the following albums: *Best Buy B'Day Deluxe Edition* or *Standard B'Day Deluxe Edition*, or the following DVD: *B'Day Deluxe Edition DVD Video Anthology* to the extent the albums or DVD embody the musical work "Still in Love (Kissing You)."

      3. The parties should in good faith work toward settlement of all issues.

SO ORDERED.
_____
RICHARD M. BERMAN U.S.D.J.
5/22/07



RECEIVED MAY 22 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/07

Dated: New York, New York
May 22, 2007

*[signature]*
ANTHONY MOTTA (AM 1648)
*Attorney for The Royalty Network, Inc.*
50 Broadway, Suite 2202
New York, NY 10004
Telephone: 212/791-7360
Facsimile: 212/791-7468

*[signature]*
HENRY FASTHOFF, IV
(NY Registration No. 4449419)
Admitted *Pro Hac Vice*
Stumpf Craddock Massey Farrimond
1400 Post Oak Blvd., 4th Floor
Houston, Texas 77056
Telephone: 713 871-0919
Facsimile: 713 871-0408
*Lead Counsel for Beyonce Gisselle Knowles, individually and d/b/a B-Day Publishing Sony BMG Music Entertainment, incorrectly sued as Columbia Recording Corporation and Sony BMG Sales Enterprise, and EMI April Music, Inc.*