

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THE ROYALTY NETWORK INC.,

                Case No. 07 Civ. 3067 (RMB)

         Plaintiff,

    v.

COLUMBIA RECORDING CORPORATION,
SONY BMG MUSIC ENTERTAINMENT,
individually and d/b/a SONY BMG SALES    **STIPULATION AND ORDER**
ENTERPRISE, BEYONCE GISSELLE
KNOWLES, individually and d/b/a B-DAY
PUBLISHING, and EMI APRIL MUSIC, INC.,    **ECF CASE**

         Defendants.
---------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties:

    1. Plaintiff's motion for a preliminary injunction is adjourned pending completion of settlement to June 19, 2007 at 3:00 p.m.

    2. Pending the determination of plaintiff's motion for a preliminary injunction defendants their affiliates, officers, directors, employees, agents, servants, attorneys, and all others acting in concert or in participation with them shall engage in no further distribution of either of the following albums: *Best Buy B'Day Deluxe Edition* or *Standard B'Day Deluxe Edition*, or the following DVD: *B'Day Deluxe Edition DVD Video Anthology* to the extent the

////
////
////
////
////



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/07

albums or DVD embody the musical work "Still in Love (Kissing You)"

Dated: New York, New York
June 4, 2007

_____
ANTHONY MOTTA (AM 1648)
Attorney for The Royalty Network, Inc.
50 Broadway, Suite 2202
New York, NY 10004
Telephone: 212/791-7360
Facsimile: 212/791-7468

_____
HENRY J. FASTHOFF, IV, ESQ.
Stumpf Craddock Massey Farrimond
Attorneys for Defendants
1400 Post Oak Blvd., 4th Floor
Houston, Texas 77056
Telephone: 713 871-0919
Facsimile: 713 871-0408

Work on Settlement

SO ~~ORDERED:~~ RMB
_____
RICHARD M. BERMAN U.S.D.J.
6/4/07