

STUMPF  CRADDOCK  MASSEY  FARRIMOND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/07

HENRY J. FASTHOFF, IV
Attorney at Law
hfasthoff@scmfpc.com

1400 POST OAK BLVD., 4th FLOOR
HOUSTON, TEXAS 77056
713-871-0919
713-871-0408 (fax)
www.scmfpc.com

RECEIVED AUG 15 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

August 14, 2007

Honorable Judge Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl St., Room 650
New York, New York 10007

VIA OVERNIGHT DELIVERY

**MEMO ENDORSED**
p.2

Re:  Case No. 07-CV-3067; *The Royalty Network Inc. vs. Columbia Recording Corporation, et al.*; In the United States District Court for the Southern District of New York

Dear Judge Berman:

I represent the Defendants in the above-styled cause. As the Court knows, The Royalty Network, Inc., Beyoncé Knowles and Sony BMG Music Entertainment have been engaged in settlement negotiations for some time now. The Court may not be aware that defendant EMI April Music, Inc. ("EMI") has not participated in these discussions.

The reason for EMI's non-participation is that it does not claim any ownership interest in or to the subject musical work. I have informed Plaintiff of this fact and, at Plaintiff's request, furnished a declaration to Plaintiff confirming EMI's lack of ownership and requested that EMI be dismissed without prejudice. A copy of EMI's declaration is enclosed herein. *See* Attachment 1. Also, a search of the U.S. Copyright Office's records for the work entitled "Still In Love (Kissing You)" reveals that no copyright application has been filed in connection with that song by either Ms. Knowles or EMI. *See* Attachment 2, Screen Print from Copyright Office's Website.

Based on EMI's testimony and any other factors the Court may consider relevant, EMI asks the Court to permit it not to attend the settlement conference scheduled for August 21, 2007. Representatives for Ms. Knowles and Sony BMG will, of course, be in attendance.

Plaintiff is unopposed to EMI's request that it be permitted not to attend the settlement conference.

Thank you.

AUSTIN               HOUSTON               SAN ANTONIO

August 14, 2007
Page 2

Sincerely,

Henry J. Fasthoff, IV

cc:   Anthony Motta, Esq.                                        VIA EMAIL

> APPLICATION GRANTED ON
> CONSENT. PARTIES SHOULD
> CONTINUE TO NEGOTIATE IN
> GOOD FAITH PRIOR TO THE
> CONFERENCE ON 8/21/07.
>
> SO ORDERED:
> Date: 8/15/07    Richard M. Berman
>                  Richard M. Berman, U.S.D.J.