UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE ROYALTY NETWORK INC.,

              Plaintiff,

vs.

COLUMBIA RECORDING CORPORATION,
SONY BMG MUSIC ENTERTAINMENT,
individually and d/b/a SONY BMG SALES
ENTERPRISE, BEYONCE GISSELLE
KNOWLES, individually and d/b/a B-DAY
PUBLISHING, and EMI APRIL MUSIC, INC.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 07 Civ. 3067 (RMB)

**VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Defendants and attorney for Plaintiff in the within action that within action is dismissed, with prejudice, and without costs or attorneys' fees.

Dated: August ___, 2007

| ANTHONY MOTTA, ESQ. | STUMPF CRADDOCK MASSEY FARRIMOND |
|---|---|
| By: _/s/ Anthony Motta_<br>Anthony Motta (AM 1648) | By: _/s/ Henry J. Fasthoff, IV_<br>Henry J. Fasthoff, IV<br>Admitted *Pro Hac Vice* |
| 50 Broadway<br>Suite 2202<br>New York, New York 10004<br>(212) 791-7360 | 1400 Post Oak Blvd.<br>4th Floor<br>Houston, Texas 77056<br>713-871-0919 |
| *Attorney for Plaintiff*<br>*The Royalty Network Inc.* | *Counsel for Beyonce Knowles, Sony BMG Music Entertainment, incorrectly sued as Columbia Recording Corporation and Sony BMG Sales Enterprise; and EMI April Music, Inc.* |

SO ORDERED

_/s/ RMB_
U.S.D.J.
10/12/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07